*E-Filed 3/3/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIE WEAVER, | No. C 10-5700 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| PELICAN BAY STATE PRISON, | |
| Defendant. | |

This is a federal civil rights action filed pursuant to 42 U.S.C. § 1983 by a *pro se* state prisoner. Plaintiff was ordered to file within 30 days (1) a complete application to proceed *in forma pauperis* ("IFP"), or (2) pay the filing fee of $ 350.00, or, failing completion of either, face dismissal of the action. Plaintiff has filed an incomplete IFP application, having failed to file a certificate of funds signed by an authorized prison officer. Accordingly, the action is DISMISSED without prejudice to plaintiff filing a properly completed certificate of funds, or paying the filing fee. Plaintiff's IFP motion (Docket No. 8) is DENIED without prejudice. The Clerk shall enter judgment in favor of defendant and close the file. This order terminates Docket No. 8.

**IT IS SO ORDERED**.

DATED: March 3, 2011

RICHARD SEEBORG
United States District Judge

No. C 10-5700 RS (PR)
ORDER OF DISMISSAL